RECEIVED
IN LAKE CHARLES, LA.

FEB 14 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RAUL ALFONSO MENDOZA-MENDOZA<br>BOP #14283-035 | CIVIL ACTION NO. 11-1463-LC |
| VS. | SECTION P |
| ANTHONY HAYNES, ET AL | JUDGE TRIMBLE<br>MAGISTRATE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's civil rights complaint be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of February, 2012 ~~2011~~.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE